UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE LOVE, JR., | **1:21-cv-01380-NONE-GSA-PC** |
| Plaintiff, | **ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS** (ECF No. 6.) |
| vs. | **ORDER ACKNOWLEDGING PAYMENT OF $402.00 FILING FEE** |
| SHAFFER, et al., | |
| Defendants. | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT** (ECF No. 2.) |

Morris Lee Love ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 21, 2021, the court issued findings and recommendations, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied due to Plaintiff's ability to pay the $402.00 filing fee in full. (ECF No. 6.) On November 9, 2021, Plaintiff paid the $402.00 filing fee in full. (Court docket.)

Given that Plaintiff has now paid the filing fee in full, the court shall withdraw the findings and recommendations and deny Plaintiff's motion to proceed *in forma pauperis* as moot.

Accordingly, **IT IS HEREBY ORDERED** that:

1.      The findings and recommendations issued on September 21, 2021, are WITHDRAWN; and

2.      Plaintiff's motion to proceed *in forma pauperis*, filed on September 15, 2021 is DENIED as moot.

IT IS SO ORDERED.

Dated:   **November 10, 2021**                        **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE