UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE LOVE, JR., | No. 1:21-cv-01380-KES-GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING MATTER FOR FAILURE TO PROSECUTE AND FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| P. SHAFFER, et al., | |
| Defendants. | (Doc. 24) |

Plaintiff is a county jail inmate proceeding pro se who has paid the filing fee. He has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2024, the magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to prosecute and obey a court order. On February 8, 2024, the findings and recommendations served on Plaintiff's address of record were returned as "Undeliverable, Inmate not here." Pro se parties are "under a continuing duty to notify the Clerk and all other parties of any change of address." E.D. Cal. R. 182(f). "Absent such notice, service of documents at the prior address of the . . . pro se party shall be fully effective." *Id.* The findings and recommendations were served on Plaintiff's address of record and contained notice that Plaintiff had fourteen (14) days within which to file objections.

Doc. 24. Plaintiff has not filed objections to the findings and recommendations and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 2, 2024, Doc. 24, are ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute and failure to obey a court order; and
3. The Clerk of the Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   April 5, 2024

UNITED STATES DISTRICT JUDGE

2